## CONSENT TO SUE UNDER FAIR LABOR STANDARDS ACT

I, JENNIEBEL ROSARIO, am an employee employed by City Style and its owners and managers. I consent to be a party plaintiff in the above-captioned action which seeks to collect unpaid wages and other compensation arising out of my employers' violation of the labor law, including violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. 216(b).

I hereby designate the Mohammed Gangat, Esq. to represent me in such lawsuit and to make decisions on my behalf concerning the litigation and settlement.  I understand that all reasonable costs expended on my behalf will be deducted from any settlement of judgment on a pro rata basis among all other plaintiff.  I understand that Mohammed Gangat, Esq. will petition the Court for attorneys' fees from any settlement of judgment in the amount of the greater of: (1) the lodestar amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I have been advised that any such method to calculate damages must be approved by the Court. I agree to be bound by any adjudication of this action by a court, whether if favorable or unfavorable.

Dated: New York, NY
February 16, 2018

_____
JENNIEBEL ROSARIO

Sworn to before me this ___ day of February 2018.

_____
NOTARY PUBLIC

Mohammed A. Gangat
Notary Public. NY. Nassau Cty.
No. 02GA6348633
Exp. 10/03/20